UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN E. SIMPSON,<br><br>    Defendant. | No. CR-08-2146-JPH<br><br>Order Granting Plaintiff's Motion To Dismiss |

THIS MATTER coming before the court upon motion by the United States To Dismiss, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States' Motion To Dismiss the criminal charge against the Defendant, to wit: Theft of Postal Funds by Postal Employee for a value not exceeding $1000, is granted.

IT IS SO ORDERED this 2nd day of October, 2009.

_____
James P. Hutton
United States Magistrate Judge

Order Granting United States' Motion To Dismiss - 1
Simpson Order Granting United States Motion to Dismiss.wpd